\*\* E-filed October 21, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MENDOZA, | No. C11-3889 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASLAM KHAN dba MIDWEST HOSPITALITY, LLC; MIDWEST HOSPITALITY ILLINOIS, LLC; SIRAD ALI dba SNSA CA INC.; SNSA CA INC.; SAM MULLA dba SAM & MIKE CA, INC.; SAM & MIKE CA, INC. dba CHURCH'S CHICKEN, | **[Re: Docket No. 12]** |
| Defendants. | |

It is hereby ordered that, in light of the fact that defendants were served with notice of lawsuit on September 22, 2011, and have yet to file answers to the complaint, the Initial Case Management Conference, currently set for October 25, 2011, is CONTINUED to **January 3, 2012 at 1:30 p.m., Courtroom 2, Fifth Floor, 280 South 1st St., San Jose, CA**.

Further, the parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than December 27, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. See N.D. Cal. Civ. R. 73-1. The consent and

declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 21, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03889 HRL** N**otice will be electronically mailed to:**

James Dal Bon             jdalbon@dalbonandwang.com, jdblaw@earthlink.net
Derek Grattan Flynn
Patrick S. Richter

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**