**\*\* E-filed January 4, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MENDOZA,<br><br>　　　　　Plaintiff,<br>　v.<br>ASLAM KHAN; ET AL.,<br><br>　　　　　DefendantS.<br>　　　　　　　　　　　　　　　　　　／ | No. C11-03889 HRL<br><br>**CASE MANAGEMENT SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION** |

　　　　The order that follows is based on the discussion at the January 3, 2012 Case Management Conference and the previously filed Joint Case Management Statement.

　　　　The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply. Initial disclosures shall be exchanged within ten days of the date of this order.

　　　　The parties have agreed to Mediation for purposes of ADR. The court hereby REFERS this case to Mediation, to be completed within 90 days of the date of this order. However, if the case has not settled, the parties shall contact the chambers of Magistrate Judge Grewal well in advance of the Pretrial Conference to arrange a Settlement Conference to take place prior to the Pretrial Conference.

　　　　The following schedule shall also apply to this case:

　　　　Fact Discovery Cutoff　　　　　　　　　　　　　　　　August 28, 2012

| | |
|---|---|
| Designation of Experts with Reports | September 17, 2012 |
| Designation of Rebuttal Experts with Reports | October 9, 2012 |
| Expert Discovery Cutoff | October 29, 2012 |
| Last Day for Hearings on Dispositive Motions | December 18, 2012 at 10:00 a.m. |
| Final Pretrial Conference | February 5, 2013 at 1:30 p.m. |
| Jury Trial | February 11, 2013 |

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.[1] Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. See N.D. Cal. Civ. R. 37-3.

Furthermore, the parties shall comply with the court's "Standing Order re: Pretrial Preparation" with respect to the timing and content of the Joint Pretrial Statement and other pretrial submissions.

**IT IS SO ORDERED.**

Dated: January 4, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

**United States District Court**
For the Northern District of California

1 **C 11-03889 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| James Dal Bon | jdalbon@dalbonandwang.com, jdblaw@earthlink.net |
| Dara Julliana Adams | dadams@gordonrees.com |
| Derek Grattan Flynn | |
| Michael Terence Lucey | mlucey@gordonrees.com |
| Patrick S. Richter | |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3